UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 01-8837-CIV-RYSKAMP/VITUNAC

CHARLES VAVRUS,

    Plaintiff,

v.

JOSEPH RUSSO, an individual; MARK
HENDRICKSON, an individual;
ROXANNE MANNING, an individual;
BOBBIE H. HERAKOVICH, an individual,
and THE CITY OF PALM BEACH GARDENS, a
municipal corporation,

    Defendants.
_____/



FILED by _____ D.C.
SEP 23 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

### ORDER STAYING MOTION TO TAX COSTS AND MOTION
### TO TAX ATTORNEY'S FEES AND DENYING PENDING MOTION AS MOOT

    THIS CAUSE comes upon the individual Defendants' Motion to Tax Costs **[DE 178]** and Motion to Tax Attorney's Fees **[DE 179]** filed on September 15, 2004. Plaintiff has filed a Motion for Extension of Time to Respond to Individual Defendants' Motion to Tax Costs and Motion to Tax Attorney's Fees **[DE 181]** on September 16, 2004.

    On September 10, 2004, Plaintiff filed a Notice of Appeal **[DE 177]** before the Eleventh Circuit. In light of the appeal, and in the interest of justice and judicial economy, it is appropriate for this Court to stay the motions for fees and costs pending the outcome of the appeal. It is therefore,

    ORDERED AND ADJUDGED that:

    1.    The individual Defendants' Motion to Tax Costs **[DE 178]** and Motion to Tax

2

Attorney's Fees **[DE 179]** are **STAYED** and any proceedings are also **STAYED** pending outcome of the appeal.

    2.    Plaintiff's Motion for Extension of Time **[DE 181]** is **DENIED** as moot.

    3.    Parties shall keep the Court informed of the outcome of the proceedings and notify the Court of their intentions to pursue the motion upon completion of the appeal.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 23 day of September, 2004.

                                                KENNETH L. RYSKAMP
                                                UNITED STATES DISTRICT JUDGE

Copies provided:
All Counsel of Record